IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROTEK ELECTRONICS, INC., a Florida corporation,<br><br>　　　　Defendant. | Case No. 8:06 cv 925 T17TBM |

### AFFIDAVIT OF DOUGLASS P. CHRISTENSEN IN SUPPORT OF PLAINTIFF ARROW ELECTRONICS, INC.'S MOTION FOR SUMMARY JUDGMENT

STATE OF Colorado　　　　)
　　　　　　　　　　　　　:ss
COUNTY OF Arapahoe　　　)

　　　I, Douglass P. Christensen, being first duly sworn under oath, hereby depose and state as follows:

　　　1.　　I am an adult who resides in Arapahoe County, Colorado. I am personally familiar with or have made an inquiry into the facts set forth in this affidavit, am informed that the facts in this affidavit are true, and, if called upon to testify, would affirm all the matters set forth herein.

　　　2.　　At all times material to this action, I have served as the Account Finance Manager for Arrow Electronics, Inc. ("Arrow").

　　　3.　　Arrow is a worldwide seller of electronic components and computer products.

4. Beginning on or before July 13, 2004, Protek and Arrow commenced a business relationship whereby Protek ordered electronics products (the "Products") from Arrow and Arrow supplied Products to Protek on credit.

5. Specifically, between July 13, 2004, and October 7, 2005, Protek ordered, and Arrow delivered, Products under 127 separate invoices (the "Invoices"). True and correct copies of the Invoices, along with corresponding UPS and DHL tracking summaries, are collectively attached hereto as Exhibit A. Each of the Invoices was delivered to Protek along with the corresponding Product. A statement of the outstanding Invoices detailing the dates Products were shipped, the respective Invoice numbers, and the amount due under each Invoice (the "Statement") is attached hereto as Exhibit B.

6. Protek has failed to pay Arrow the amounts due as listed on the Invoices. Thus, $135,406.71 is currently past due pursuant to the terms and conditions of the Invoices.

7. Additionally, Arrow issued two debit memos to Protek on April 7, 2005, totaling $387.38. Protek has also failed to repay the amounts due under these debit memos.

8. Protek has not rejected or returned any of the Products that were delivered by Arrow under the Invoices. Rather, Protek has retained all of those Products.

9. Protek has refused to pay for any of the Products delivered by Arrow under the Invoices.

10. Pursuant to the Invoices, Protek owes Arrow $135,406.71 for the Products delivered by Arrow, plus interest as provided in the Invoices. Despite continued demands by Arrow, Protek continues to refuse to pay the amount due.

[Signature Page to Follow]

DATED this 27 day of July 2006.

_____
Douglass P. Christensen

SUBSCRIBED AND SWORN to before me this 27 day of July 2006.



_____
Notary Public, residing at

Englewood, Colorado